UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sheng Xu,<br><br>                Plaintiff,<br><br>    - against -<br><br>Kirstjen Nielsen, *et al.*,<br><br>                Defendants. | **No. 18 Civ. 3707 (JPO)**<br><br><br><br>**STIPULATION AND ORDER** |

IT IS STIPULATED AND AGREED, by and between the parties, that this action

is hereby dismissed with prejudice and without costs or fees to any party.

New York, New York
July 13, 2018

LAW OFFICE OF DAVID CHIEN P.C.

Attorney for Plaintiff

_____
David Chien, Esq.
7 Mott St., Suite 500
New York, New York 10013
Tel.   (646) 234–6961
Fax   (646) 590-1326

New York, New York
July __, 2018

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

Attorney for Defendants

_____
Nelsy De La Nuez
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2770
Fax   (212) 637-2786

So Ordered:

_____
J. PAUL OETKEN
United States District Judge

July 17, 2018

&ndash; page 1 of 1 &ndash;                   **18 Civ. 3707 (JPO)**